MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone: (949) 296-9869
    Facsimile: (949) 606-8988
    E-mail:    mblanco@meghanblanco.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>TORRANCE HATCH,<br><br>          Defendant. | No. CR 23-CR-1201-CAB<br><br>JOINT MOTION TO CONTINUE MOTIONS HEARING |

     Defendant Torrance Hatch, by and through his counsel of record, Meghan Blanco, and the United States, by and through its counsel of record, the United States Attorney for the Southern District of California, jointly move this Court for orders continuing Mr. Hatch's motions hearing to April 12, 2024.

     Mr. Hatch has filed substantive motions, which are still pending.

     Additionally, the parties need additional time to review and confer regarding additional discovery.

1

The parties agree to the exclusion of time in the interests of justice under the Speedy Trial Act to April 12, 2024, or a date thereafter as decided by the Court. *See* 18 U.S.C. § 3161(h)(7)(A).


                                        Respectfully Submitted,

Dated: March 5, 2024

                                        *//s/ Ashley Kaino-Allen*
                                        ASHLEY KAINO-ALLEN
                                        MICHAEL WHEAT
                                        ASSISTANT UNITED STATES ATTORNEYS


                                        *//s// Meghan Blanco*
                                        MEGHAN BLANCO
                                        COUNSEL FOR DEFENDANT
                                        TORRANCE HATCH

2